Form 210A (10/06)

# United States Bankruptcy Court
Eastern District of TN (Knoxville)

In Re: RODNEY ALAN BROCK  
SHERRI ADAMS BROCK

Case No: 11-31461

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| Portfolio Investments II LLC | GE Money Bank/GE Capital Retail Bank |
|---|---|
| --------------------------- | --------------------------- |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
Portfolio Investments II LLC  
c/o Recovery Management Systems Corporation  
25 SE 2nd Avenue Suite 1120  
Miami FL 33131-1605

Court Claim # (if known): 21  
Amount of Claim: $2,281.51  
Date Claim Filed: 7/21/2011

Phone: (305) 379-7674  
Last Four Digits of Acct # :6025

Phone: (305) 379-7674  
Last Four Digits of Acct # :6025

Name and Address where transferee payments  
Should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh  
-----------------------------------  
Ramesh Singh  
25 SE 2nd Avenue Suite 1120  
Miami FL 33131-1605  
claims@recoverycorp.com  
Transferee/Transferee's Agent

Date: April 18, 2013

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571